UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PHILIP A. MURPHY, JR., ET AL.,  )<br>)<br>Plaintiffs,  )<br>)<br>VS.  )<br>)<br>VERIZON COMMUNICATIONS, INC.,  )<br>ET AL.,  )<br>)<br>Defendants  )<br>──────────────────────  )<br>SUPERMEDIA, INC., ET AL.,  )<br>)<br>Plaintiffs,  )<br>)<br>VS.  )<br>)<br>CAROL FOY, ET AL.,  )<br>)<br>Defendants  ) | CIVIL ACTION NO.<br><br>3:09-CV-2262-G<br><br><br><br><br><br><br><br>CONSOLIDATED WITH<br><br>3:12-CV-2034-G |

## <u>ORDER</u>

On July 10, 2012, the court consolidated these two cases (docket entry 121 in 3:09-CV-2262-G and docket entry 8 in 3:12-CV-2034-G). As a justification for consolidation, the court stated that "[i]t appears to the court that these two cases

arise out of a common nucleus of facts[,]" and that it would be "[i]n the interest of judicial economy and efficiency" to consolidate them.

Upon further reflection, the court believes that these cases should not have been consolidated. While they do arise out of a common nucleus of facts, they are at very different procedural stages. In 3:09-CV-2262-G, discovery has closed and there are pending motions for summary judgment. In contrast, in 3:12-CV-2034-G, the parties are still in the earliest stages of pleading.

As a result, the court's order consolidating these two cases (3:09-CV-2262-G, docket entry 121 and 3:12-CV-2034-G, docket entry 8) is **VACATED**. All future pleadings and papers shall henceforth be filed under the civil number to which they relate.

**SO ORDERED**.

August 3, 2012.

                                       *C. Joe Fish*
                                       **A. JOE FISH**
                                       **Senior United States District Judge**