IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PHILIP A. MURPHY, Jr. <br> SANDRA R. NOE, and <br> CLAIRE M. PALMER, <br> Individually, and as Representatives of plan <br> Participants and plan beneficiaries of <br> Verizon's Pension Plans <br> Involuntarily re-classified and treated as <br> Transferred into SuperMedia's Pension <br> Plans <br><br>         Plaintiffs, <br><br> v. <br><br> VERIZON COMMUNICATION INC., <br> VERIZON CORPORATE SERVICES <br> GROUP INC., <br> VERIZON EMPLOYEE BENEFITS <br> COMMITTEE, <br> VERIZON PENSION PLAN FOR NEW YORK <br> AND NEW ENGLAND ASSOCIATES, <br> VERIZON MANAGEMENT PENSION PLAN, <br> VERIZON ENTERPRISES MANAGEMENT <br> PENSION PLAN, <br> VERIZON PENSION PLAN FOR MID-ATLANTIC <br> ASSOCIATE, <br> SUPERMEDIA EMPLOYEE BENEFITS <br> COMMITTEE, <br><br>         Defendants | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 3:09-CV-2262-G <br><br> CONSOLIDATED WITH <br> CIVIL ACTION NO. 3:12-CV-2034-G |

**DEFENDANTS COMMUNICATION WORKERS OF AMERICA,
AFL-CIO, LOCAL 1301'S AND LOCAL 1302'S
<u>MOTION FOR AN EXTENSION OF TIME TO RESPOND</u>**

COMES NOW, Defendants Communication Workers of America, AFL-CIO, Local 1301 ("CWA Local 1301") and Communication Workers of America, AFL-CIO, Local 1302 ("CWA, Local 1302") (or jointly referred to as "the Union Defendants") and file this unopposed motion for an extension of time and would show as follows:

1.   Defendant CWA Local 1301 was served with the complaint in Case 3:12-CV-2034-G and currently its answer and/or responsive pleadings are due July 26, 2012. Defendant

CWA Local 1302, has yet to be served but the undersigned counsel have agreed to accept service on behalf of that defendant and have advised Plaintiffs of the same. Defendants CWA Local 1301 and CWA Local 1302 need additional time to consider and prepare the appropriate responses to the complaint and the extensive exhibits attached thereto.

2. The Union Defendants will be represented by Shelley Kroll and Indira Talwani of Segal, Roitman, LLP who are in the process of filing motions for admission pro hac vice, and Yona Rozen, as local counsel. Yona Rozen contacted the Consolidated Plaintiff's Counsel, Scott Drake regarding this motion and was advised that the Consolidated Plaintiffs, SuperMedia, Inc. et al. would agree to a 45 day extension to file responsive pleadings, beyond July 26, 2012.

3. This motion is necessary in order to allow sufficient time for counsel for the Union Defendants to review the massive initial filing and to research and prepare appropriate responsive pleadings and is not for the purpose of unduly delaying the proceedings.

WHEREFORE, the Union Defendants respectfully request that the motion be granted and that they be allowed a 45 day extension, beyond July 26, 2012, up to and including September 14, 2012 for filing an answer and/or other responsive pleadings.

Dated: July 20, 2012	Respectfully submitted,

/s/ *Yona Rozen*
Yona Rozen-**Local Counsel**
Texas State Bar No. 17358500

GILLESPIE ROZEN & WATSKY, P.C.
3402 Oak Grove Avenue, Suite 200
Dallas, Texas 75204
Phone: (214) 720-2009
Fax:    (214) 720-2291
Email: yrozen@grwlawfirm.com

Indira Talwani-**Lead Counsel**
State Bar No. 645577
Motion for admission *pro hac vice* pending
Shelley B. Kroll
State Bar No. 544449
Motion for admission *pro hac vice* pending
Segal Roitman, LLP
111 Devonshire Street, 5th Floor
Boston, MA 02109
Phone: 617-603-1427
Fax: 617-742-2187
Email: italwani@segalroitman.com
Email: skroll@segalroitman.com

**COUNSEL FOR COMMUNICATION WORKERS OF AMERICA, AFL-CIO, LOCAL 1301 AND LOCAL 1302**

**CERTIFICATE OF CONFERENCE**

On Tuesday July 17, 2012 the undersigned attempted to contact and left a message for Richard Krumholz for the purpose of conferring regarding this motion. Later that afternoon, Scott Drake returned that call, discussed this motion, and indicated he would respond further after consulting the clients. On July 20, 2012 Mr. Drake advised by email, and confirmed by phone that they would agree to a 45 day extension. Accordingly, the undersigned is filing the instant motion for a 45 day extension as an unopposed motion.

/s/ *Yona Rozen*
Yona Rozen

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via electronic delivery through the Court's ECF filing system on July 20, 2012.

             /s/ *Yona Rozen*
             Yona Rozen