# EXHIBIT A

**Exhibit A**
**Itemized List of Costs Sought**

| Transcript | Amount |
|---|---|
| Fitzgerald, John | $356.50 |
| Gist, William | $597.98 |
| Hartnett, James Kelly | $842.45 |
| Wiley, Rick | $447.80 |
| **TOTAL** | $2244.73 |

# INVOICE

Alderson Reporting Company, Inc.
521 5th Ave, Suite 400
New York, NY 10165
Phone:1-800-FOR-DEPO   Fax:202-289-2221

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 44408 | 7/6/2011 | 29841 |

| Job Date | Case No. |
|---|---|
| 6/17/2011 | 3:09-CV-2262-G |

| Case Name |
|---|
| Murphy, Jr., Philip A., et al. v. Verizon Communications, Inc. |

| Payment Terms |
|---|
| Due upon receipt (1.5%/mo & collection) |

Christian J. Pistilli, Esq.
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

John Fitzgerald

Processing Fee

| | | | |
|---|---|---|---|
| 90.00 Pages | @ | 3.35 | 301.50 |
| 1.00 | @ | 55.00 | 55.00 |

**TOTAL DUE >>>**          **$356.50**
AFTER 8/5/2011 PAY         $392.15

(-) Payments/Credits:            0.00
(+) Finance Charges/Debits:      0.00
(=) New Balance:             356.50

```
   356·50×
     0·06=
    21·39*

    21·39+
   356·50+
002
     377·89*
```

**Tax ID:** 53-0257990

Phone: (202)662-6000   Fax:(202)662-6291

*Please detach bottom portion and return with payment.*

---

Christian J. Pistilli, Esq.
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004

| | | | |
|---|---|---|---|
| Job No. | : 29841 | BU ID | : NY-Local |
| Case No. | : 3:09-CV-2262-G | | |
| Case Name | : Murphy, Jr., Philip A., et al. v. Verizon Communications, Inc. | | |
| Invoice No. | : 44408 | Invoice Date | : 7/6/2011 |
| **Total Due** | : $ 356.50 | | |

Remit To: **Alderson Reporting Company, Inc.**
**1155 Connecticut Ave., NW**
**Suite 200**
**Washington, DC 20036**

**PAYMENT WITH CREDIT CARD**    AMEX ☐ VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# Preferred Legal Services, Inc.

# Invoice

visit us oline at.preflegal.com

PO Box 551387

Dallas, Texas 75355-1387

Phone: (214) 750-0047     Fax: (214) 750-0930



| Invoice Date | Invoice # |
|---|---|
| Monday, July 25, 2011 | 83011 |

Jeffrey G. Huvelle
Covington & Burling, LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004

Phone:     (202) 662-5526     Fax:     (202) 778-5526

| | |
|---|---|
| **Witness:** | William Gist |
| **Case:** | Philip A. Murphy, et al v. Verizon Communications, et al |
| **Venue:** | Northern District of Texas Dallas Division |
| **Case #:** | 3:09-cv-2262-G |
| **Date:** | 7/13/2011 |
| **Start Time:** | 9:41 AM |
| **End Time:** | 3:23 PM |
| **Reporter:** | Sheri Brown |
| **Claim #:** | |
| **File #:** | 7133 |

| Description |
|---|
| Oral Deposition (Copy) |

| | |
|---|---|
| Sub Total | $597.98 |
| Payments | $0.00 |
| Balance Due | $597.98 |

*Due upon receipt - All major credit cards accepted*
*Please remit payment to: PO Box 551387, Dallas, TX 75355*
*Thank you for your business!*

Fed. I.D. # 75-2580698

*A finance charge of 1.5% is applied to all amounts over 30 days (18% APR)*

# Check Request

Requested by   Christian J. Pistilli        2011 JUN -7 AM 11:59   Office    01    Room    821A    Ext.    15342

Payable to*       Alderson Reporting Company, Inc.
                  521 5th Ave
Payee             Suite 400
Address:          New York, NY 10165

Delivery:    Mail to payee address       Currency    US Dollars       Amount payable:    842.45

## FIRM EXPENSES/CLIENT CHARGES

| Client/Matter No. | Disb. Code | GL No. | Description | Amount |
|---|---|---|---|---|
| 027639.00024 | 113 | | Certified copy of transcript of James Kelly Hartnett with exhibits. | 842.45 |
| | | | | |
| | | | | |
| | | | | |

## SIGNATURES

Requested by  _____        Approved by  _____
              Christian J. Pistilli        05348

## SPECIAL INSTRUCTIONS

2011 JUN -7 PM 5:10

VENDOR ID# A02000    VOUCHER ID# 1323003
REVIEWED BY: _____ DATE: _____ OK#

* If the payee is a new vendor it is required that a completed Form W-9 be included with this payment request.

---

1201 Pennsylvania Avenue, NW
Washington, DC 20004                                    Due upon receipt (1.5%/mo & collection)

1 CERTIFIED COPY OF TRANSCRIPT OF:
    James Kelly Hartnett                194.00 Pages    @    3.35    649.90
        Exhibit                         393.00 Pages    @    0.35    137.55
        Processing Fee                    1.00          @    55.00    55.00

                                        TOTAL DUE  >>>              $842.45
        842•45×                         AFTER 6/30/2011 PAY         $926.70
          0•06=
         50•55*                         (-) Payments/Credits:          0.00
                                        (+) Finance Charges/Debits:    0.00
         50•55+                         (=) New Balance:            842.45
        842•45+
    002                                
        893•00*

Tax ID: 53-0257990                      Phone: (202)662-6000   Fax:(202)662-6291

*Please detach bottom portion and return with payment.*

---

Christian J. Pistilli, Esq.          Job No.      : 29385        BU ID       : NY-Local
Covington & Burling LLP              Case No.     : 3:09-CV-2262-G
1201 Pennsylvania Avenue, NW         Case Name    : Murphy, Jr., Philip A., et al. v. Verizon
Washington, DC  20004                               Communications, Inc.

                                     Invoice No.  : 43293          Invoice Date : 5/31/2011
                                     Total Due    : $ 842.45

                                     ## PAYMENT WITH CREDIT CARD    AMEX  [ ]  VISA

                                     Cardholder's Name:
Remit To: Alderson Reporting Company, Inc.   Card Number:
          1155 Connecticut Ave., NW          Exp. Date:              Phone#:
          Suite 200                          Billing Address:
          Washington, DC 20036               Zip:          Card Security Code:
                                             Amount to Charge:
                                             Cardholder's Signature:

# Preferred Legal Services, Inc.

**Invoice**

visit us oline at preflegal.com

PO Box 551387

Dallas, Texas 75355-1387

Phone: (214) 750-0047        Fax: (214) 750-0930

| Invoice Date | Invoice # |
|---|---|
| Wednesday, May 04, 2011 | 82839 |

Christian Pistilli
Covington & Burling, LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004

Phone:    (202) 662-5526        Fax:    (202) 778-5526

| | |
|---|---|
| **Witness:** | Rick Wiley |
| **Case:** | Philip A. Murphy, et al v. Verizon Communications, et al |
| **Venue:** | Northern District of Texas Dallas Division |
| **Case #:** | 3:09-cv-2262-G |
| **Date:** | 4/13/2011 |
| **Start Time:** | 9:03 AM |
| **End Time:** | 3:38 PM |
| **Reporter:** | Christi Fuhrmann |
| **Claim #:** | |
| **File #:** | |

$$447 \cdot 80 \times$$
$$0 \cdot 06 =$$
$$26 \cdot 87 *$$

$$26 \cdot 87 +$$
6918
$$447 \cdot 80 +$$

| Description | |
|---|---|
| Oral Deposition (Copy) | 002 |

$$474 \cdot 67 *$$

| | |
|---|---|
| **Sub Total** | $447.80 |
| **Payments** | $0.00 |
| **Balance Due** | $447.80 |

*Due upon receipt - All major credit cards accepted*
*Please remit payment to: PO Box 551387, Dallas, TX 75355*
*Thank you for your business!*

Fed. I.D. # 75-2580698

*A finance charge of 1.5% is applied to all amounts over 30 days (18% APR)*